Petition for Writ of Mandamus Denied and Memorandum Opinion filed June
16, 2005









Petition for Writ of Mandamus Denied and Memorandum
Opinion filed June 16, 2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00458-CV

____________

 

IN RE PATRICK EUGENE MALLEY, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On May 12, 2005, relator
filed a petition for writ of mandamus in this court.  See Tex.
Gov=t. Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.   Relator seeks a
writ of mandamus against the district clerk of Brazoria County requiring him to
send documents to the Court of Criminal Appeals.

We have no authority to issue a writ of mandamus against a
district clerk unless such is necessary to enforce our jurisdiction.  See In re Coronado, 980 S.W.2d 691,
692 (Tex. App.CSan Antonio 1998, orig.
proceeding).  Relator
has not established that he is entitled to mandamus relief.  Accordingly, we deny relator=s petition for writ of mandamus. 

 

PER CURIAM

 

Petition Denied and Memorandum Opinion filed June 16,
2005.

Panel consists of Justices Edelman, Seymore, and
Guzman.